**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MICHAEL D. SMITH,

Plaintiff,

v.

THE ST. PAUL FIRE & MARINE INSURANCE CO.,

Defendant.

Civil No. 02-428 (JRT/FLN)

**TEMPORARY RESTRAINING ORDER**

Plaintiff Michael D. Smith ("Smith"), a physician, has filed suit against defendant The St. Paul Companies, his medical malpractice insurance carrier, alleging breach of contract and estoppel. This matter is now before the Court on Smith's motion for a temporary restraining order pursuant to Rule 65 of the Federal Rules of Civil Procedure.

The Court has not received briefings from both parties, nor has the Court been informed of the name of defendant's counsel. The Court is aware that tomorrow, February 27, 2002, defendant plans to report Smith to the National Practitioner's Databank, which is the action Smith seeks to prevent by filing this lawsuit. The Court therefore determines that the status quo should be maintained until the Court can hear argument from both parties, and that this Order must be issued without notice to defendant. The Court is particularly concerned over the jurisdictional element of this case, and wishes to hear argument on that issue.

FEB 2 [illegible]
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ____
DEPUTY CLERK ____

Therefore, based upon all of the files, records and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The Court's calendar clerk shall schedule this matter for a telephone conference or hearing before the undersigned to be held as soon as possible. The parties shall coordinate with the Court's calendar clerk to determine the exact time of the hearing and the schedule of any briefing.

2. Until March 5, 2002, or further order of this Court, a temporary restraining order is hereby entered against defendant The St. Paul Fire and Marine Insurance Company, restraining defendant from reporting any information to the National Practitioner's Databank regarding plaintiff Michael D. Smith that relates to the lawsuit entitled *Gloria Strzyzewski vs. Twin Cities Spine Surgeons, Ltd., et. al.* or the settlement of that lawsuit.

3. At this time, no bond shall issue.

4. Plaintiff shall serve upon defendant a copy of this Order as soon as possible.

DATED: February 26, 2002
at Minneapolis, Minnesota.

[signature]
JOHN R. TUNHEIM
United States District Judge